# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2634
_____

JOHN HANSFORD JOINER,

    Appellant,

    v.

ST. PAUL METHODIST CHURCH OF
JACKSONVILLE, INC., d/b/a St.
Paul United Methodist Church,
and MELISSA PISCO,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Virginia Norton, Judge.

June 13, 2018

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Vicki J. Bowers of Bowers, Morgan, and Associates, P.A., Jacksonville, for Appellant.

Alysa J. Ward and Mark A. Hanley of Bradley, Arant, Boult Cummings, LLP, Tampa, for Appellees.